

**FILED**
May 22, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION      MDL No. 2672

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −100)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 148 F.Supp.3d 1367 (J.P.M.L. 2015). Since that time, 1,399 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 22, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: *R.C. Anton*
Deputy Clerk
Date: 22 May 2017

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION  MDL No. 2672

SCHEDULE CTO−100 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 17−03370 | James P. Lee III et al v. Volkswagen Group of America, Inc et al |
| CAC | 2 | 17−03376 | Wolfgan Georg Schmidt et al v. Volkswagen Group of America, Inc et al |
| CAC | 2 | 17−03383 | Andrew Paul Wolff et al v. Volkswagen Group of America, Inc. et al |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 17−00951 | Jimenez et al v. Volkswagen Group of America, Inc. et al |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 17−00917 | Arce v. Volkswagen Group of America, Inc. et al |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 17−11432 | Shelton et al v. Volkswagen Group of America, Inc., |
| NEW YORK SOUTHERN | | | |
| NYS | 7 | 17−03468 | Glassberg−Decrenza v. Volkswagen Group Of America, Inc. |
| OREGON | | | |
| OR | 3 | 17−00710 | Oakland et al v. Volkswagen Group of America, Inc. |
| WASHINGTON WESTERN | | | |
| WAW | 3 | 17−05339 | Sullivan et al v. Volkswagen Group of America Inc |